

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

UNITED STATES OF AMERICA

        Plaintiff(s),

        Case No.  CRF-10-0462 LJO

v.

ERNSON MERISIER

        Defendant(s).

I, Rudolph Findley Miller, #565807, attorney for Ernson Merisier, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Rudolph Findley Miller, Attorney at Law |
| Address: | 299 Gallivan Boulevard |
| City: | Boston |
| State: | MA     ZIP Code: 02124 |
| Voice Phone: | ( 407 ) 388-5681 |
| FAX Phone: | (617) 825-0400 |
| Internet E-mail: | rfmillerlaw@msn.com |
| Additional E-mail: | |
| I reside in City: | Poinciana     State: Florida |

I was admitted to practice in the <u>Supreme Judicial Court of the State of Massachusetts</u> (court) in <u>1994</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | W. Scott Quinlan |
| Firm Name: | W. Scott Quinlan, Attorney at Law |
| Address: | 2333 Merced Street |
| City: | Fresno |
| State: | CA    ZIP Code: 93721 |
| Voice Phone: | (559) 442-0634 |
| FAX Phone: | (559) 233-6947 |
| E-mail: | freesnan@yahoo.com, knbretz@yahoo.com |

Dated: December 17, 2010    Petitioner: /s/ W. Scott Quinlan

ORDER

IT IS SO ORDERED.

Dated:   **December 22, 2010**                              /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE