1  Rudolph F. Miller, 565807
   Attorney at Law
2  299 Gallivan Boulevard
   Boston, MA 02124
3  Telephone (407) 388-5681

4

5  Attorney for Defendant ERNSON MERISIER

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                       * * * * *

11 UNITED STATES OF AMERICA,        )   Case No CRF-10-0462 LJO
                                    )
12          Plaintiffs,              )
                                    )   **RULE 43 WAIVER OF**
13 vs.                              )   **PERSONAL APPEARANCE**
                                    )
14                                  )
   ERNSON MERISIER                  )   DATE:    December 17, 2010
15                                  )   TIME:    1:30 p.m.
            Defendant.              )   COURT:   Honorable Gary S. Austin
16

17    Defendant Ernson Merisier hereby requests that the Court allow his presence at status

18 conferences or hearings on a question of law to be excused pursuant to Federal Rules of Criminal

19 Procedure Rule 43(a)(3). Defendant requests that the Court allow him to appear through counsel

20 of record at such proceedings.

21

22 Dated:  December 17, 2010                    /s/ Rudolph F. Miller
                                            Rudolph F. Miller, attorney for
23                                          Defendant, ERNSON MERISIER

24

25 Dated:  December 17, 2010                    /s/ Ernson Merisier
                                            ERNSON MERISIER, Defendant
26

27

28

**ORDER**

IT IS SO ORDERED.

**Dated:   December 22, 2010**                           **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE