1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-462 LJO |
| Plaintiff, | ORDER on CONDITIONS OF RELEASE |
| v. | |
| ERNSON MERISIER | |
| Defendant. | |

10
11
12
13
14
15

_____/

16     The Court has received and reviewed the Defendant's Motion to Amend the Conditions of

17 Release.  The Court has also received and reviewed the Government's opposition.  The positions are

18 clearly presented, and the Court is not in need of oral argument.

19     IT IS HEREBY ORDERED:

20     The Defendant's request to remove the condition of electronic monitoring is DENIED.

21     The Defendant's request to remove the curfew condition is GRANTED.

22     The Court finds that the reasoning behind imposing the condition of electronic monitoring

23 has not changed.  The reason set forth to change the curfew condition (i.e. further employment)

24 however, has merit.

25 IT IS SO ORDERED.

26 **Dated:    April 27, 2011** _____
                              **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

27
28

1