IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>    Plaintiff, )<br>        )<br>    vs. )<br>        )<br>ERNSON MERISIER )<br>        )<br>    Defendant. )<br>        ) | No. 1:10-CR-462 LJO<br><br>ORDER OF CONDITIONS RELEASE |

IT IS HEREBY ORDERED that the defendant is restricted to his residence everyday from 9p.m. to 6a.m., as directed by the Pretrial Services Officer. Curfew shall be enforced by the location monitoring program or other location verification system; and, Defendant shall abide all the requirements of said programs. All other conditions, not in conflict with this order, shall remain in full force and effect. Should Defendant wish to contest this change:

1. He is to abide by this new condition in the meantime;
2. He is to appear personally before the undersigned for the hearing.

IT IS SO ORDERED.

**Dated:   May 13, 2011**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE