1  W. Scott Quinlan, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, Ca 93721
3  (559) 442-0634
   (559) 233-6947
4

5  Attorney for Defendant ERNSON MERISIER

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              * * * * *

11 UNITED STATES OF AMERICA,        )  CAED Case No. CR-F-10-0462 LJO
                                    )  DMA  Case No. 1:10-mj-0320 JCB-1
12                                  )
              Plaintiffs,           )  **APPLICATION AND ORDER**
13                                  )  **EXONERATING CASH BOND AND**
   vs.                              )  **RECONVEYANCE OF PROPERTY**
14                                  )  **BOND**
                                    )
15 ERNSON MERISIER                  )
                                    )
16            Defendant.            )

17

18         Defendant, Ernson Merisier, through counsel, W. Scott Quinlan, hereby moves the Court

19 for an order exonerating the cash bond and property bond to secure his appearance to answer to

20 charges pending against him in this Court, set by the United States District Court, District of

21 Massachusetts (Boston) on December 2, 2010.

22         On September 13, 2011, U.S. Magistrate Judge Jennifer C. Boal, by order, directed the

23 Clerk of the Court to issue a treasury check payable to the Clerk, U.S. District Court in the

24 Eastern District of California in the amount of $20,000 (September 13, 2011 order attached).

25         Ernson Merisier appeared in the U.S. District Court for the Eastern District of California

26 and was convicted, by plea, of conspiracy to manufacture, to distribute and to possess with the

27 intent to distribute marijuana. Mr. Merisier was sentenced to 30 months on December 5, 2011.

28 ///

FILED

JUN 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  Mr. Merisier has been released from prison and therefor requests that the Court exonerate
2  the cash bond and property bond previously set on December 2, 2010 by the Magistrate Court in
3  Case No. 1:10-mj-00320-JCB-1 in the United States District Court, District of Massachusetts and
4  reconvey the cash in the amount of $20,000 to the clerk of that court for release to Ernson
5  Merisier. The receipt number for the cash posted for the cash bond is BST021011. The property
6  bond shall be reconveyed forthwith. See doc. 18 RECORDED MORTGAGE in case
7  1:10MJ00320 JCB.

Dated: June 5, 2013                                                   Respectfully submitted,

                                                                      /s/ W. Scott Quinlan
                                                                      W. Scott Quinlan, Attorney for
                                                                      Defendant, ERNSON MERISIER

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the cash bond be exonerated and that the cash in the amount of $20,000 be ordered returned to the clerk of the United States District Court for the District of Massachusetts for return to Ernson Merisier. The property bond shall be reconveyed by the clerk of the United States District Court for the District of Massachusetts for return to Ernson Merisier.

The Clerk of the Court for the Eastern District of California shall serve a copy of this order to the Financial Unit for the Eastern District of California and the Financial Unit for the United States District Court for the District of Massachusetts.

Dated: June 11, 2013

                                                                      HONORABLE LAWRENCE J. O'NEILL
                                                                      UNITED STATES DISTRICT JUDGE

AO 98 (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

FOR THE     District of     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

ERNSON MERISIER

## APPEARANCE BOND

Defendant

Case Number: 10-MJ-320-JCB-1

☑ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __65,000.00__, and there has been deposited in the Registry of the Court the sum of
$ __20,000.00__ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant __ERNSON MERISIER__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __12/2/2010__ at __U.S. District Court, Boston MA.__
                                  Date                                 Place

Defendant × _[signature]_    Address × __Holbrook, MA__

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me    __12/2/2010__
                                                 Date

                                               _[signature]_
                                               Judge/Clerk

Approved _____

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:10-mj-00320-JCB-1

| | |
|---|---|
| Case title: USA v. Merisier et al | Date Filed: 11/08/2010 |

Assigned to: Magistrate Judge Jennifer C. Boal

**Defendant (1)**

| | |
|---|---|
| **Ernson Merisier**<br>*also known as*<br>"E" | represented by **Rudolph F. Miller**<br>R.F. Miller & Associates<br>299 Gallivan Boulevard<br>Boston, MA 02124<br>617-282-5600<br>Email: rfmillerlaw@msn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| Warrant for Arrest on criminal complaint from the Eastern District of California | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Christopher F. Bator**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse |

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: christopher.bator@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2010 | | Arrest (Rule 5) of Ernson Merisier, Ruddys A Pimentel, and Marquis Allen Meca. Initial Appearance - Rule 5 set for 11/8/2010 3:45 PM in Courtroom 14 before Magistrate Judge Jennifer C. Boal. (LaRoche, Donald) (Entered: 11/08/2010) |
| 11/08/2010 | | ELECTRONIC NOTICE OF HEARING as to Ernson Merisier, Ruddys A Pimentel, Marquis Allen Meca. Initial Appearance - Rule 5 set for 11/8/2010 3:45 PM in Courtroom 14 before Magistrate Judge Jennifer C. Boal. (LaRoche, Donald) (Entered: 11/08/2010) |
| 11/08/2010 | | Attorney update in case as to Ernson Merisier, Ruddys A Pimentel, and Marquis Allen Meca. Attorney AUSA Bator added. (LaRoche, Donald) (Entered: 11/08/2010) |
| 11/08/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal:Initial Appearance as to Ernson Merisier, Ruddys A Pimentel, and Marquis Allen Meca held on 11/8/2010. The court advised the defts of their rights and the charges. The court informed the defts of their Rule 20 rights. The gvt stated the maximum penalties and moved for detention. The defts were remanded to the custody of the USMS.(Detention Hearing set for 11/12/2010 01:30 PM in Courtroom 14 before Magistrate Judge Jennifer C. Boal.) (Attorneys present: Bator for the gvt and Miller, Keefe, and Spencer for the defts.)Court Reporter Name and Contact or digital recording information: Digital Recording. (LaRoche, Donald) (Entered: 11/09/2010) |
| 11/08/2010 | 1 | RULE 5 AFFIDAVIT by USA as to Ernson Merisier by Affiant SA Deignan (Attachments: # 1 EDCA Rule 5 complaint, # 2 Arrest Warrant EM)(LaRoche, Donald) (Entered: 11/10/2010) |
| 11/12/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal:Detention Hearing as to Ernson Merisier, Ruddys A Pimentel and Marquis Allen Meca held on 11/12/2010. The gvt reported to the court that the defts were indicted on this matter in the EDCA. The court heard the parties on detention and took the matter under advisement. (Attorneys present: Bator for the gvt and Miller, Keefe, and Spencer for the defts.)PTSOs Moriarty and Gray for PTSCourt Reporter Name and Contact or digital recording information: Digital Recording. (LaRoche, Donald) (Entered: 11/12/2010) |
| 11/18/2010 | 5 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER OF DETENTION as to Ernson Merisier (LaRoche, Donald) (Entered: 11/18/2010) |

| 11/24/2010 | | ELECTRONIC NOTICE OF HEARING as to Ernson Merisier Bail Review Hearing set for 11/26/2010 01:00 PM in Courtroom 14 before Magistrate Judge Jennifer C. Boal. (LaRoche, Donald) (Entered: 11/24/2010) |
|---|---|---|
| 11/26/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal:Bail Review Hearing as to Ernson Merisier held on 11/26/2010. Counsel for deft reported to the court that the property was not sufficient to post bail and that they needed a further date to make the necessary arrangements. The deft was remanded to the custody of the USMS. (Further Bail Review Hearing set for 12/2/2010 01:00 PM in Courtroom 14 before Magistrate Judge Jennifer C. Boal.) (Attorneys present: Bator for the gvt and Miller for the deft) DCPTSO Cronin for PTS.Court Reporter Name and Contact or digital recording information: Digital Recording. (LaRoche, Donald) (Entered: 11/26/2010) |
| 12/02/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal:Bail Review Hearing as to Ernson Merisier held on 12/2/2010. The deft was released on conditions and posted a secured bond. The court ordered the deft to appear in the Eastern District of California no later 12/14/2010. (Attorneys present: Bator for the gvt and Miller for the deft.) PTSO Affsa for PTS. Court Reporter Name and Contact or digital recording information: Digital Recording. (LaRoche, Donald) (Entered: 12/06/2010) |
| 12/02/2010 | 16 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER Setting Conditions of Release as to Ernson Merisier (1) $65,000 secured bond and $20,000 cash bond as to Ernson Merisier. (LaRoche, Donald) (Entered: 12/08/2010) |
| 12/02/2010 | 17 | Appearance Bond Entered as to Ernson Merisier in amount of $ $65,000 secured and $20,000 cash. (LaRoche, Donald) (Entered: 12/08/2010) |
| 12/02/2010 | 18 | RECORDED MORTGAGE as to Ernson Merisier for property located at 668 Morton Street, Mattapan, MA (LaRoche, Donald) (Entered: 12/16/2010) |
| 12/13/2010 | | BAIL BOND $ 20,000.00, receipt number BST021011 re 17 Bond as to Ernson Merisier. (Russo, Patricia) (Entered: 12/13/2010) |
| 09/13/2011 | 19 | Magistrate Judge Jennifer C. Boal: ORDER entered. as to Ernson Merisier re 17 Bond (LaRoche, Donald) (Entered: 09/15/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2012 13:38:37 | | | |
| PACER Login: | sq0049 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-mj-00320-JCB |
| Billable Pages: | 2 | Cost: | 0.20 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | DMA Case No. 1:10-MJ-320-001 |
| v. | CAED Case No. 10-MJ-314-001 |
| ERNSON MERISIER, | |
| Defendant. | |

## ORDER

The sum of $20,000.00 was deposited into the Registry of this Court on December 2, 2010 by the Defendant, Ernson Merisier, to secure his appearance to answer to charges pending against him in the U.S. District Court in the Eastern District of California. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Eastern District of California in the amount of $20,000.00 representing the transfer of said bail deposit.

Dated: September 13, 2011

Hon. Jennifer C. Boal
United States Magistrate Judge