W. Scott Quinlan, #101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
(559) 442-0634
(559) 233-6947




FILED

JUL 08 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Attorney for Defendant ERNSON MERISIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ERNSON MERISIER ) <br> ) <br> Defendant. ) | CAED Case No. CR F-10-0462 LJO <br> DMA   Case No. 1:10-mj-0320 JCB-1 <br> <br> **AMENDED APPLICATION AND** <br> **ORDER EXONERATING CASH BOND** |

Defendant, Ernson Merisier, through counsel, W. Scott Quinlan, hereby moves the Court for an order exonerating the cash bond to secure his appearance to answer to charges pending against him in this Court, set by the United States District Court, District of Massachusetts (Boston) on December 2, 2010.

On September 13, 2011, U.S. Magistrate Judge Jennifer C. Boal, by order, directed the Clerk of the Court to issue a treasury check payable to the Clerk, U.S. District Court in the Eastern District of California in the amount of $20,000.

Ernson Merisier appeared in the U.S. District Court for the Eastern District of California and was convicted, by plea, of conspiracy to manufacture, to distribute and to possess with the intent to distribute marijuana. Mr. Merisier was sentenced to 30 months on December 5, 2011.

///

Mr. Merisier has been released from prison and therefor requests that the Court exonerate the cash bond previously set on December 2, 2010 by the Magistrate Court in Case No. 1:10-mj-00320-JCB-I in the United States District Court, District of Massachusetts and reconvey the cash in the amount of $20,000 to Ernson Merisier. The receipt number for the cash posted for the cash bond is BST021011.

Dated: June 5, 2013                                            Respectfully submitted,


                                                   /s/ W. Scott Quinlan
                                                 W. Scott Quinlan, Attorney for
                                                 Defendant, ERNSON MERISIER

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the cash bond in the amount of $20,000.00 be exonerated ordered returned to Ernson Merisier.

DATED: 7-8-13

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

2